IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR389 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DAMIAN HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that no Amendment 782 review will take place in this case because the defendant has been released from prison.

   Dated September 15, 2015.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge